DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIJUANA POUNDS, MARK J. MILLER,** and **MILLER & JACOBS, P.A.,**
Appellants,

v.

**ESTATE OF REONTRE'YH ALONZAE POUNDS,**
Appellee.

No. 4D2023-1371

[December 21, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502020CP004408.

Marc J. Gold of Marc J. Gold Law Offices, LLC, Deerfield Beach, and Mark J. Miller of Miller & Jacobs, Pompano Beach, for appellants.

Mallorye G. Cunningham of the Law Office of Mallorye G. Cunningham, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*